Lena **HAHN**, Petitioner, v. **COMMISSIONER OF INTERNAL REVENUE.**

No. 15157.

United States Court of Appeals,
Eighth Circuit.

Oct. 5, 1954.

Charles C. Shafer, Jr., Kansas City, Mo., for petitioner.

H. Brian Holland, Asst. Atty. Gen., and Ellis N. Slack, Sp. Asst. to Atty. Gen., for respondent.

Petition to review decision of The Tax Court of the United States entered May 3, 1954, 22 T.C. 212, finding deficiencies in income tax of petitioner for calendar years 1947 and 1948, dismissed, on voluntary dismissal filed by petitioner.

John L. **WARD** and Richard **DE TAMBLE**, Appellants,

v.

**FLEX–O–TUBE COMPANY** and **HARTURN, Inc.,** Appellees.

No. 11989.

United States Court of Appeals
Sixth Circuit.

Oct. 8, 1954.

Smith & Huffaker, Detroit, Mich., for appellants.

Beaumont, Smith & Harris, Detroit, Mich., for appellee.

Before MARTIN, McALLISTER and STEWART, Circuit Judges.

PER CURIAM.

This appeal by the plaintiffs from a judgment dismissing upon the merits their court action, brought to recover damages for alleged unjust enrichment arising out of a compromise agreement between the defendant appellees and the United States with relation to excess profits taxes, has been duly considered and heard upon the oral arguments and briefs of attorneys and upon the record in the cause:

From all of which it appears that the judgment of the district judge was correct for the reasons stated in his succinct opinion;

Accordingly, the judgment, D.C., 112 F.Supp. 658, is affirmed.